UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **ARNOLD OCHOA** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | **CIVIL ACTION NO. 7:16-cv-00053** | |
| **GREAT LAKES REINSURANCE** § | **JURY DEMANDED** | |
| **(UK) AND DEMIAN KOLB** § | | |
| Defendants. § | | |
| § | | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Arnold Ochoa ("Ochoa"), and Defendant, Great Lakes Reinsurance (UK) SE ("Great Lakes"), hereby notify the Court that they have reached an agreement in principle to resolve this matter and are finalizing the settlement. The settlement documents to be executed will call for the filing of a joint stipulation of dismissal with prejudice upon execution of the settlement documents by the parties, which would dispose of this action in its entirety.

To preserve judicial economy, Defendants request that the Court remove this case from the trial docket and abate the remaining deadlines while the parties finalize the pertinent settlement and dismissal papers.

Respectfully submitted,

By: */s/ Katriel Statman*
**Eddy De Los Santos**
Texas Bar No. 24040790
Federal ID No. 602417
**Katriel Statman**
Texas Bar No. 24093197
Federal ID No. 2513924
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ. P.C.**
1301 McKinney Street, Suite 3700
Houston, Texas 77010
(713) 650-9700 - Telephone
(713) 650-9701 - Facsimile

*Attorneys for Defendant Great Lakes Reinsurance (UK) PLC and Jose Lopez*

By: */s/ Robert A. Pollom*
Robert A. Pollom
Texas Bar No. 24041703
Federal ID No. 249539
Kevin S. Baker
Texas Bar No. 00797799
kevin@krwlawyers.com
Mahsa Tajipour
Texas Bar No. 24050163
mahsa@krwlawyers.com
**KETTERMAN ROWLAND & WESTLUND**
16500 San Pedro, Suite 302
San Antonio, Texas 78232
(210) 490-7402 - Telephone
(210) 490-8372 - Facsimile

*Attorneys for Plaintiff Arnold Ochoa*

## **CERTIFICATE OF SERVICE**

I certify that pursuant to the Rules of Civil Procedure a true and correct copy of the foregoing has been forwarded to the following on August 25, 2016:

Robert Pollom
Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, Texas  78232

                                        */s/ Katriel C. Statman*
                                        Katriel C. Statman