UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ARNOLD OCHOA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-00053 |
| | § | |
| GREAT LAKES REINSURANCE (UK) PLC, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The Court now considers the joint stipulation of dismissal.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for the dismissal of an action without court order when all appearing parties have signed the dismissal stipulation. Here, all the appearing parties have signed the dismissal stipulation. Thus, the case is **DISMISSED WITH PREJUDICE**, and the Court Clerk is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 17th day of October, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 18.